# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1928

_____

Debra Lasseter,                                      *
                                                     *
             Appellant,                              *
                                                     *   Appeal from the United States
     v.                                              *   District Court for the
                                                     *   Southern District of Iowa.
Dolgencorp, L.L.C., doing business                   *
as Dollar General Store; Kristine                    *   [UNPUBLISHED]
McSparin,                                            *
                                                     *
             Appellees,                              *
                                                     *
Dollar General Store,                                *
                                                     *
             Defendant.                              *

_____

Submitted: January 6, 2012
   Filed: January 20, 2012

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Debra Lasseter, an African American, appeals the district court's[1] adverse grant of summary judgment in her civil action alleging that, on account of her race, she was

_____

[1]The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.

accused of shoplifting; was stopped, detained, questioned, and searched by police; and was banned from shopping at certain Dollar General Stores. After careful de novo review of the record, see Tusing v. Des Moines Indep. Cmty. Sch. Dist., 639 F.3d 507, 514 (8th Cir. 2011), we find no trialworthy issues on any of the claims that Lasseter raises. Accordingly, the judgment is affirmed. See 8th Cir. R. 47B. We deny the motion for sanctions.

_____